Harris Emran (State Bar #329674)
Kaitlin Martinez (State Bar # 348006)
**EMRAN LAW FIRM**
415 Mission Street, 37th Floor
San Francisco, California 94105
Office: (415) 890-0041
Email: Harris@Emranlaw.com
       Kaitlin@Emranlaw.com

Attorneys for Plaintiff
Jessica Chapdelaine

FILED
Sep 20 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA CHAPDELAINE, an individual, and in her representative capacity on behalf of the State of California, and other aggrieved employees,<br><br>    Plaintiff,<br><br>vs.<br><br>GOLD CLUB-S.F. LLC, a Nevada limited liability company, SFBSC MANAGEMENT, LLC, a Nevada limited liability company, S.A.W. ENTERTAINMENT LIMITED, a California corporation, GARDEN OF EDEN, LLC, a Nevada limited liability company, BIJOU-CENTURY, LLC, a Nevada limited liability company, DÉJÀ VU-SAN FRANCISCO, LLC, a Nevada limited liability company, and DOES 1-25,<br><br>    Defendants. | Case No. 3:24-cv-04304-TSH<br><br>**PLANTIFF'S REQUEST FOR DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS AND [PROPOSED] ORDER** |

    Plaintiff Jessica Chapdelaine, through her respective counsel of record, hereby request dismissal of all causes of actions against all Defendants without prejudice.

September 18, 2024                    Respectfully submitted,

                                         EMRAN LAW FIRM

                                         *Harris Emran*
                                         Harris Emran, Esq.
                                         Attorney for Plaintiff

**[PROPOSED] ORDER**

GOOD CAUSE SHOWING, Plaintiffs Request for Dismissal is **GRANTED.**

IT IS HEREBY ORDERED that all future hearings, trial dates, and deadlines are vacated.

IT IS FURTHER ORDERED that all claims shall be dismissed against all Defendants without prejudice.

**IT IS SO ORDERED.**

Dated:   9/20/2024

_____
MAGISTRATE JUDGE THOMAS S. HIXSON